MYRTLE C. MIGNOSA *v.* DOMINICK MIGNOSA
(11349)

FOTI, LAVERY and SCHALLER, Js.

Argued January 12—decision released February 2, 1993

*Harold J. Geragosian,* for the appellant (defendant).
*Timothy Sheehan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.